IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

WILLIAM H. DEASE, )
 )
          Plaintiff, )
 )
vs. ) No. CIV-09-977-C
 )
JOHN WHETSEL, )
 )
          Defendant. )

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Supplemental Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on December 15, 2009. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Supplemental Report and Recommendation of the Magistrate Judge (Dkt. No. 10) is adopted and Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 1st day of February, 2010.

_____
ROBIN J. CAUTHRON
United States District Judge